AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Nicholas Lee Korb<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 1:26-cr-00034-01 |

REC'D USMS-D/ND
2026 FEB 12 9:12

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nicholas Lee KORB ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Maintaining Drug-Involved Premises
Possession with Intent to Distribute Methamphetamine
Possession with Intent to Distribute Marihuana
Aiding and Abetting

Date:   02/12/2026                           /s/ Carla Schultz
                                       *Issuing officer's signature*

City and state:   Bismarck, North Dakota           Carla Schultz, Deputy Clerk
                                       *Printed name and title*

### Return

This warrant was received on *(date)* 2/12/26 , and the person was arrested on *(date)* 2/17/26
at *(city and state)* Bismarck, ND

Date: 2/17/26
                                       Thomas Kinney
                                       *Arresting officer's signature*

                                       DUSM Thomas Kinney
                                       *Printed name and title*